**HCC**

American Contractors Indemnity Company
601 S. Figueroa Street Suite 1600, Los Angeles, California 90017

FILED
AUG 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT, ___Northern___ DISTRICT OF CALIFORNIA

| | |
|---|---|
| COST PLUS MANAGEMENT SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WHITE-TIGER TRADERS CO., LTD.; IMPERIAL POWER CO., LTD.; and PSI GLOBAL, INC., d/b/a PSI SALES,<br><br>Defendant(s). | No. ___CV-11-4101___<br><br>UNDERTAKING FOR _____<br><br>_Temporary Restraining Order_<br><br>___F.R.C.P. 65(b)___ |

WHEREAS, the above named ___COST PLUS MANAGEMENT SERVICES, INC.,___ desire(s) to give undertaking for ___Temporary Restraining Order___ as provided by section ___529___ of California Code of Civil Procedure and as provided by applicable rules of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to ___WHITE-TIGER TRADERS CO., LTD.; IMPERIAL POWER CO., LTD.; and PSI GLOBAL, INC., d/b/a PSI SALES___

under said statutory obligations in the sum of ___Twenty-Five Thousand and 00/100___
_____ Dollars ($ _25,000.00_ ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this ___23rd___ day of ___August___, ___2011___.

BOND NO. ___457240___

PREMIUM: ___$500.00___

BY: _____
      WILL MINGRAM    Attorney-in-fact

American Contractors Indemnity Company
601 S. Figueroa St., Suite 1600
Los Angeles, CA 90017
310-649-0990

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __23 August 2011__ before me, __Jennifer Wayne, a notary public__,
     Date                                                         Here Insert Name and Title of the Officer

personally appeared __Will Mingram__
                                           Name(s) of Signer(s)

**JENNIFER WAYNE**
COMM. # 1828891
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JAN. 26, 2013

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                                          Signature of Notary Public

Place Notary Seal Above

——————————— *OPTIONAL* ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# POWER OF ATTORNEY

**AMERICAN CONTRACTORS INDEMNITY COMPANY   UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY**

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Jennifer Wayne, Kevin J. Phillips, Christopher M. Haenel, Alfonso Lujan, Will Mingram, Jeff Aase, John G. Slater, Sylvia Diane Caneva, John D. Strong, Ryan Tash or Oscar Zachary Gallegos of Los Angeles, California**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** _____\*\*\*\*\*Three Million\*\*\*\*\*_____ **Dollars ($ \*\*3,000,000.00\*\* )**. This Power of Attorney shall expire without further action on \_\_\_July 3, 2015\_\_\_. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved*, that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved*, that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this \_8th\_ day of \_\_\_August\_\_\_, 2011.

**AMERICAN CONTRACTORS INDEMNITY COMPANY   UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY**

Corporate Seals

By: _____
**Daniel P. Aguilar, Vice President**

State of California

County of Los Angeles   SS:

On this \_8th\_ day of \_\_\_August\_\_\_, 2011, before me, \_Elizabeth L. Parham\_, a notary public, personally appeared \_Daniel P. Aguilar\_, Vice President of American Contractors Indemnity Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _E. Parham_   (Seal)

> ELIZABETH L. PARHAM
> Commission # 1943077
> Notary Public - California
> Los Angeles County
> My Comm Expires Jul 3, 2015

I, **Jeannie J. Kim, Assistant Secretary** of American Contractors Indemnity Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this \_23rd\_ day of \_July\_, 2011.

Corporate Seals

Bond No. \_457240\_
Agency No. \_2505\_

_____
**Jeannie J. Kim, Assistant Secretary**