**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Robert J. Esposito, California Bar No. 267031
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: 415-675-3400
Facsimile: 415-675-3434
E-mail: marcy.bergman@bryancave.com
robert.esposito@bryancave.com

Attorneys for Plaintiff
COST PLUS MANAGEMENT SERVICES, INC.

FILED

SEP X ᴦ 2011

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| COST PLUS MANAGEMENT SERVICES, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WHITE-TIGER TRADERS CO., LTD.; IMPERIAL POWER CO., LTD.; and PSI GLOBAL, INC. d/b/a PSI SALES,<br><br>　　　　　Defendants. | Case No. 11-4101-SI<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING PRELIMINARY INJUNCTION AND CONFIRMATION OF SEIZURE ORDER**<br><br>Ctrm:　10, 19th Floor<br>Judge:　Hon. Susan Illston |

The Court has considered the Stipulation of Plaintiff Cost Plus Management Services, Inc., doing business as World Market and Cost Plus World Market ("World Market") and Defendant PSI Global, Inc. ("PSI"), and the Receipt for Property including an inventory of items seized from PSI's warehouse on August 26, 2011. Pursuant to the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That Defendants, their agents, servants, employees, officers, and all persons in active concert and participation with them, hereby are enjoined pending the final hearing and determination of this action from:

    a. using any reproduction, counterfeit, copy, or colorable imitation of the World Market Trademarks to identify any goods or the rendering of any services not authorized by World Market;

    b. engaging in any course of conduct likely to cause confusion, deception or mistake, or injure World Market's business reputation or weaken the distinctive quality of the World Market Trademarks, World Market's name, reputation or goodwill;

    c. using a false description or representation including words or other symbols tending to falsely describe or represent their unauthorized goods as being those of World Market or sponsored by or associated with World Market and from offering such goods in commerce;

    d. further infringing the World Market Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying or otherwise disposing of any products not authorized by World Market bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the World Market Trademarks;

    e. using any simulation, reproduction, counterfeit, copy or colorable imitation of the World Market Trademarks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or

1  distribution of any unauthorized products in such fashion as to relate or connect, or tend to
2  relate or connect, such products in any way to World Market, or to any goods sold,
3  manufactured, sponsored or approved by, or connected with World Market;

4        f.    making any statement or representation whatsoever, or using any false
5  designation of origin or false description, or performing any act, which can or is likely to
6  lead the trade or public, or individual members thereof, to believe that any services
7  provided, products manufactured, distributed, sold or offered for sale, or rented by
8  Defendants are in any way associated or connected with World Market, or is provided,
9  sold, manufactured, licensed, sponsored, approved or authorized by World Market;

10        g.    engaging in any conduct constituting an infringement of any of the
11  World Market Trademarks, of World Market's rights in, or to use or to exploit, said
12  trademark, or constituting any weakening of the World Market name, reputation and
13  goodwill;

14        h.    secreting, destroying, altering, removing, or otherwise dealing with
15  the unauthorized products or any books or records which contain any information relating
16  to the importing, manufacturing, producing, distributing, circulating, selling, marketing,
17  offering for sale, advertising, promoting, or displaying of all unauthorized products which
18  infringe the World Market Trademarks; and

19        i.    effecting assignments or transfers, forming new entities or
20  associations or utilizing any other device for the purpose of circumventing or otherwise
21  avoiding the prohibitions set forth in subparagraphs (a) through (h).

22    2.    That the Preliminary Injunction shall remain in effect throughout the
23  pendency of this suit and until further Court Order.

24    3.    That the seizure took place on August 26, 2011 and World Market has removed
25  the sequestered merchandise and materials for safekeeping to a secure warehouse where it
26  shall be segregated and kept safe pending further order of the Court.

27    4.    That the Order for Seizure and Impoundment of Counterfeit Goods entered on
28  August 22, 2011, was properly issued and is hereby confirmed. *See* 15 U.S.C. §

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

1116(d)(10)(A).

5. That the Seal imposed on this case is hereby dissolved. *See* 15 U.S.C. § 1116(d)(8).

**IT IS SO ORDERED.**

Dated: 9/1/11

Susan Illston
Judge of the District Court
Northern District of California