1    **BRYAN CAVE LLP**
     Marcy J. Bergman, California Bar No. 75826
2    Robert J. Esposito, California Bar No. 267031
     Two Embarcadero Center, Suite 1410
3    San Francisco, CA 94111
     Telephone:     415-675-3400
4    Facsimile:     415-675-3434
     E-mail:        marcy.bergman@bryancave.com
5                   robert.esposito@bryancave.com

6    Attorneys for Plaintiff
     COST PLUS MANAGEMENT SERVICES, INC.
7

8

9                     **UNITED STATES DISTRICT COURT**

10       **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

11

12   COST PLUS MANAGEMENT SERVICES,              Case No. 11-cv-04101-SI
     INC.,
13                                               **[PROPOSED] ORDER GRANTING
                       Plaintiff,                REQUEST FOR CONTINUANCE OF
14                                               CASE MANAGEMENT CONFERENCE**

            vs.
15
     WHITE-TIGER TRADERS CO., LTD.;              Courtroom: 10, 19th Floor
16   IMPERIAL POWER CO., LTD.; and PSI           Judge:     Hon. Susan Illston
     GLOBAL, INC. d/b/a PSI SALES,
17
                       Defendants.
18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* BRYAN CAVE LLP / TWO EMBARCADERO CENTER, SUITE 1410 / 201 CLAY STREET / SAN FRANCISCO, CA 94111-3907

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1

## STATUS STATEMENT AND REQUEST FOR CONTINUANCE OF CASE

2

## MANAGEMENT CONFERENCE

3   The Court has considered Plaintiff Cost Plus Management Services, Inc.'s Request For

4  Continuance of Case Management Conference.  Good cause appearing therefore,

5      **IT IS HEREBY ORDERED THAT:**

6      The case management conference is continued to February 24, 2012 at 2:30 p.m. in

7  Courtroom 10, 19th Floor.

8      **IT IS SO ORDERED.**

9

10  Dated: ___12/2/11_____        _____

11                                   Susan Illston
                                     Judge of the District Court
12                                   Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28