**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Robert J. Esposito, California Bar No. 267031
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:      415-675-3400
Facsimile:      415-675-3434
E-mail:         marcy.bergman@bryancave.com
                robert.esposito@bryancave.com

Attorneys for Plaintiff
COST PLUS MANAGEMENT SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| COST PLUS MANAGEMENT SERVICES, INC., | Case No. 11-cv-04101-SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WHITE-TIGER TRADERS CO., LTD.; IMPERIAL POWER CO., LTD.; and PSI GLOBAL, INC. d/b/a PSI SALES, | Courtroom: 10, 19th Floor<br>Judge:      Hon. Susan Illston |
| Defendants. | |

*Bryan Cave LLP*
*Two Embarcadero Center, Suite 1410*
*201 Clay Street*
*San Francisco, CA 94111-3907*

## STATUS STATEMENT AND REQUEST FOR CONTINUANCE OF CASE

## MANAGEMENT CONFERENCE

The Court has considered Plaintiff Cost Plus Management Services, Inc.'s Request For Continuance of Case Management Conference.  Good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The case management conference is continued to February 24, 2012 at 2:30 p.m. in Courtroom 10, 19th Floor.

**IT IS SO ORDERED.**

Dated: ___12/2/11_____                    _____

Susan Illston
Judge of the District Court
Northern District of California

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907